*Mares,* 402 F.3d 511, 519 (5th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 43, 163 L.Ed.2d 76 (2005), and its progeny, which hold that, after *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), the sentencing court may still find all facts relevant to sentencing by a preponderance of the evidence. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

Before JONES, Chief Judge, and SMITH and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Hector Montano–Ponce raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Hector MONTANO–PONCE,
Defendant–Appellant.**

**No. 06–10435
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 2006.

Juan Carlos Rodriguez, U.S. District Court, Dallas, TX, for Plaintiff–Appellee.

Carlos R. Cardona, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Leslie TURNER, Defendant–Appellant.**

**No. 06–20005
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.